**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER, | No. C 08-1790 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| E. SANCHEZ; G.R. SALAZAR, | |
| Defendants. | |

This action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 29, 2008

_____
SUSAN ILLSTON
United States District Judge